UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA, and the STATES OF CALIFORNIA, DELAWARE, FLORIDA, HAWAII, ILLINOIS, INDIANA, MASSACHUSETTS, MINNESOTA, MONTANA, NEVADA, NEW HAMPSHIRE, NEW JERSEY, NEW MEXICO, NEW YORK, NORTH CAROLINA, RHODE ISLAND, TENNESSEE, VIRGINIA and the DISTRICT OF COLUMBIA ex rel. JAMES GLENN,

        Plaintiffs,

-against-

CISCO SYSTEMS, INC.,

        Defendant.

11-CV-0400(A)

**ORDER**



---

    IT IS ORDERED that this case be dismissed with prejudice as to the United States as to the Covered Conduct described in the Federal Settlement Agreement, and without prejudice to the United States as to conduct other than that described in the Federal Settlement Agreement as Covered Conduct;

    IT IS FURTHER ORDERED that this case be dismissed with prejudice, subject to the terms of the State Settlement Agreement, as to the states of California, Delaware, Florida, Hawaii, Illinois, Indiana, Massachusetts, Minnesota, Nevada, New Jersey, New Mexico, New York, North Carolina, Tennessee, Virginia, and the District of Columbia as to the Covered Conduct described in the State Settlement Agreement, and without prejudice to the foregoing states as to conduct other than that described in the State Settlement Agreement as Covered Conduct;

IT IS FURTHER ORDERED that this case be dismissed without prejudice as to the states of Montana, New Hampshire, and Rhode Island;

IT IS FURTHER ORDERED that this case be dismissed with prejudice as to the Relator, James Glenn, as to the Covered Conduct described in the Settlement Agreements, and without prejudice to the Relator as to conduct other than that described in the Settlement Agreements as Covered Conduct; and

IT IS FURTHER ORDERED that the Court shall retain jurisdiction for the limited purpose of enforcing the Federal Settlement Agreement and the State Settlement Agreement, except as to the State of Florida, and over Relator's claims for attorney fees, expenses and costs.

SO ORDERED, this 31 day of July, 2019.

_____
HONORABLE RICHARD J. ARCARA
UNITED STATES DISTRICT JUDGE