UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA, and the
STATES OF CALIFORNIA,
DELAWARE, FLORIDA, HAWAII,
ILLINOIS, INDIANA,
MASSACHUSETTS, MINNESOTA,
MONTANA, NEVADA, NEW
HAMPSHIRE, NEW JERSEY, NEW
MEXICO, NEW YORK, NORTH
CAROLINA, RHODE ISLAND,
TENNESSEE, VIRGINIA and the
DISTRICT OF COLUMBIA ex rel.
JAMES GLENN,

        Plaintiffs,

-against-

CISCO SYSTEMS, INC.,

        Defendant.

---

Index No.: 11-CV-0400(A)



## NOTICE OF INTENTION TO INTERVENE
## IN *QUI TAM* CASE FOR PURPOSES OF SETTLEMENT

Pursuant to the False Claims Act, 31 U.S.C. §§ 3730(b)(2) and (4), and to the

false claims acts of the states named as Plaintiffs in this action, the United States, on

behalf of itself and of the States of California, Delaware, Florida, Hawaii, Illinois,

Indiana, Minnesota, Nevada, New Jersey, New Mexico, New York, North Carolina,

Tennessee, the Commonwealths of Massachusetts and Virginia, and the District of

Columbia (the "State Plaintiffs"), hereby gives notice of its, and of the State Plaintiffs',

intention to intervene, for the purpose of settling this *qui tam* action.

1

Respectfully submitted,

Dated: July 27, 2019

JAMES P. KENNEDY, JR., United States
Attorney for the Western District of New
York

By: _____
        Richard A. Resnick, Esq.

Assistant U.S. Attorney
United States Attorney's Office,
    Rochester Branch
Western District of New York
100 State Street, suite 500
Rochester, NY 14614
Tel.: (585) 263-6760
Richard.Resnick@usdoj.gov


Linda McMahon, Esq.
Trial Attorney
United States Department of Justice
Civil Division
P.O. Box 261
Ben Franklin Station
Washington, DC 20044

*Attorneys for the United States of America*

## SERVICE LIST

*United States of America, et al., ex rel. Glenn v. Cisco Systems, Inc.,*
Index No.: 11-CV-0400(A)
United States District Court, Western District of New York

Rick Acker, Esq.
Supervising Deputy Attorney General
California Department of Justice
455 Golden Gate Ave, Suite 11000
San Francisco, CA 94102
Tel.: (415) 510-3361
Rick.Acker@doj.ca.gov

Russell S. Kent, Esq.
Special Counsel for Litigation
Florida Office of the Attorney General
The Capitol, PL-01
Tallahassee, FL 32399-1050
Tel.: (850) 414-3854
russell.kent@myfloridalegal.com

Harpreet K. Khera, Esq.
Deputy Bureau Chief
Special Litigation Bureau
Office of the Illinois Attorney General
100 W. Randolph. St., 11th Floor
Chicago, IL 60601
Tel.: (312)814-3553
hkhera@atg.state.il.us

Jacob Campion, Esq.
Assistant Attorney General
Minnesota Attorney General's Office
Solicitor General's Division
1100 Bremer Tower
445 Minnesota St.
St. Paul, MN 55101
Tel.: (651) 757-1459
Jacob.Campion@ag.state.mn.us

Edward K. Black, Esq.
Deputy Attorney General
Delaware Department of Justice
820 North French Street
Wilmington, Delaware 19801
Tel.: (302) 577-4209
edward.black@state.de.us

Mana Moriarty, Esq.
Deputy Attorney General
Commerce & Economic
  Development Division
Department of the Attorney General
State of Hawaii
425 Queen Street
Honolulu, HI 96813
Tel.: (808) 587-2952
mana.moriarty@hawaii.gov

Joan Blackwell, Esq.
General Counsel
Office of Indiana Attorney
  General Curtis Hill
302 West Washington Street
IGCS - 5th floor
Indianapolis, IN 46204
Tel.: (317) 232-6351
Joan.Blackwell@atg.in.gov

Bryan L. Stockton, Esq.
Senior Deputy Attorney General
Office of the Attorney General
100 North Carson Street
Carson City, NV 89701
Tel.: (775) 684-1228
Fax: (775) 684-1108
Email: bstockton@ag.nv.gov

Evan A. Showell, Esq.
Deputy Attorney General
New Jersey Division of Law
124 Halsey Street, Fifth Floor
Newark, NJ 07101
Tel.: (973) 648-2748
evan.showell@law.njoag.gov

Thomas Teige Carroll, Esq.
Bureau Chief, Taxpayer Protection
Office of the N.Y.S. Attorney General
28 Liberty Street, 21st Floor
New York, NY 10005
Tel.: (212) 416-6012
thomas.carroll@ag.ny.gov

Janet M. Kleinfelter, Esq.
Deputy Attorney General
Public Interest Division
Office of the Tennessee
 Attorney General
P.O. Box 20207
Nashville, TN 37202
(615) 741-7403
Janet.kleinfelter@ag.tn.gov

Peter E. Broadbent, Esq.
Assistant Attorney General
Office of the Attorney General
Post Office Box 610
Richmond, Virginia 23218
(804) 786-6055 Office
PBroadbent@oag.state.va.us

Anne W. Yates, Esq.
Assistant Attorney General
Montana Department of Justice
Office of Consumer Protection
P.O. Box 200151
Helena, Montana 59620-0151
Tel.: (406) 444-0089
AnneYates@mt.gov

Angelica Anaya Allen, Esq.
Assistant Attorney General
Attorney General's Office
201 Third Street NW, Suite 300
Santa Fe, NM 87102
Tel.: (505) 717-3570
aanaya@nmag.gov

Jessica Sutton, Esq.
Assistant Attorney General
North Carolina Department of Justice
Financial Fraud Section
Consumer Protection Division
114 W. Edenton Street
Raleigh, NC 27603
Tel.: (919) 716-0998
jsutton2@ncdoj.gov

Cassandra H. Arriaza, Esq.
Assistant Attorney General
False Claims Division
Office of the Attorney General
Central Massachusetts Division
10 Mechanic Street, Suite 301
Worcester, MA 01608
Tel: (774) 214-4415
Fax: (508) 795-1991
Cassandra.Arriaza@mass.gov

Jane Drummey, Esq.
Assistant Attorney General
Office of the Attorney General
Public Advocacy Division
441 Fourth Street, N.W., Suite 630 South
Washington, DC 20001
Tel.: (202) 727-2658
jane.drummey@dc.gov

Brenda Baum, Esq.
Assistant Attorney General
R.I. Department of the Attorney General
150 South Main Street
Providence, RI 02903
Tel: (401) 274-4400 ext 2294
bbaum@riag.ri.gov

2

Claire Sylvia, Esq.
Phillips & Cohen LLP
100 The Embarcadero, Suite 300
San Francisco, CA  94105
Tel.: (415) 836-9000
csylvia@phillipsandcohen.com